FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 APR -4 PM 2: 18

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN P. DEER, | CASE NO. 8:05CV146 |
| Plaintiff, | |
| vs. | NOTICE OF REMOVAL |
| VALMONT INDUSTRIES, INC., and VALMONT COATING, a Division of VALMONT INDUSTRIES, INC., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1441. *et seq.*, the Defendant, Valmont Industries, Inc., and Valmont Coating, a Division of Valmont Industries, Inc. ("Valmont Industries"), files this, its Notice of Removal, and states:

1. At all times material hereto, Valmont Industries, Inc. was a corporation organized and existing pursuant to the laws of the State of Delaware, with its principal place of business in Omaha, NE. Valmont Coating is a division of Valmont Industries, Inc. and is not a separate corporate entity.

2. On March 9, 2005, Plaintiff, Brian P. Deer, commenced a civil action against the Defendant, Valmont Industries, in the District Court of Douglas County, Nebraska, captioned Brian P. Deer v. Valmont Industries, Inc. and Valmont Coating, a division of Valmont Industries, Inc.

3. A copy of the Complaint and Summons were served on the Defendant on or about March 14, 2004, and are attached hereto as Exhibit A.

4. The above-described action is a civil action alleging racial harassment and retaliation. The statutes allege to have been violated include the Nebraska Fair Employment Practice Act, Neb. Rev. Stat. 48-1101 *et seq.* and Title VII of the Civil Rights Act of 1964, as amended. 42 U.S.C. § 2000e, *et seq.*

5. Pursuant to the provisions of 42 U.S.C. § 2000e-5(f)(3), this Court has original jurisdiction over claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* Accordingly, this matter is properly removable to this Court pursuant to 28 U.S.C. § 1441(b) and (c).

6. Simultaneous with the filing of this Notice of Removal, Defendant has notified the District Court of Douglas County, Nebraska of the removal of this action and a copy of the Notice of filing of Notice of Removal is attached as Exhibit B. No other process, pleading, or orders have been served or filed herein.

WHEREFORE, Defendant requests that the above-entitled action now pending against it in the District Court of Douglas County, Nebraska, be removed to this court for trial in Omaha.

Dated this 4th day of April, 2005.

VALMONT INDUSTRIES, INC., and VALMONT COATING, a Division of Valmont Industries, Inc., Defendants.

By: _____
Eric W. Tiritilli, NE #22727
McGrath North Mullin & Kratz, PC LLO
Suite 3700 First National Tower
1601 Dodge St.
Omaha, Nebraska 68102
(402) 341-3070
(402) 341-0216 fax
etiritilli@mnmk.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the following listed below by United States mail, postage prepaid, this 4th day of April 2005.

John K. Green
Pickens, Downman, Green & Gleason LLP
444 Regency Parkway Drive, Suite 100
Omaha, NE  68114

_____
Eric W. Tiritilli

MAR 0 9 2005

IN THE DISTRICT COURT FOR DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| BRIAN P. DEER, | ) | DOC. 1047   NO. 645 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PETITION |
| | ) | |
| VALMONT INDUSTRIES, INC & | ) | |
| VALMONT COATING, a Division of | ) | |
| Valmont Industries, Inc., | ) | |
| | ) | Assigned to Judge Randall |
| Defendants. | ) | |

COMES NOW the Plaintiff and for his cause of action against the Defendants alleges and states as follows:

1. That at all relevant times until he was terminated, Plaintiff was employed by Valmont Coating, a division of Valmont Industries, Inc., in Valley, Nebraska.

2. That Defendant, Valmont Industries Inc., is a Delaware Corporation with its company headquarters in Omaha, Nebraska, and that Valmont Coating is a division within Valmont Industries, Inc.

### First Cause of Action

### (Hostile Work Environment)

3. That throughout the course of his employment with Defendant, Plaintiff's job performance was satisfactory.

4. That Plaintiff is an African-American male and a member of a suspect class.

5. That after being subjected to racially discriminatory comments and treatment by his co-workers, Plaintiff made formal discrimination complaints.



EXHIBIT A

6. That after Plaintiff complained to Defendant about the discriminatory comments and hostile work environment, Defendant investigated the matter, but took no action and did not proceed with disciplinary matters.

## Second Cause of Action

### (Retaliation)

7. That in retaliation for his making complaints of racially discriminatory comments, Defendant took adverse employment actions against Plaintiff by transferring Plaintiff to a different position, attempting to transfer Plaintiff to a lesser paying position, and ultimately by terminating Plaintiff's employment.

8. That the adverse employment action Plaintiff suffered at the hands of Defendants was causally and temporally related to, and in retaliation for, Plaintiff engaging in the protected activity of complaining of discriminatory treatment.

9. That Defendants' retaliatory termination of Plaintiff was in violation of Title VII of the Federal Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Nebraska Fair Employment Practice Act, Neb. Rev. Stat. § 48-1101 *et seq.*

10. That Plaintiff filed a timely complaint of discrimination and retaliation with the Nebraska Equal Opportunities Commission (NEOC).

11. That Plaintiff filed the present action within ninety days after receiving notice of the NEOC's determination to close Plaintiff's charge, and such determination is attached.

WHEREFORE, Plaintiff prays for the Court to enter judgment against the Defendants for damages in an amount yet to be determined which includes all measures of

damages available under the relevant Nebraska and federal statutes, for reasonable attorney's fees, pre-judgment interest, and for all further relief as the Court deems appropriate.

BRIAN P. DEER, Plaintiff

By: _____
JOHN K. GREEN, #11581
Pickens, Daubmen, Green & Gleason, LLP
Lake Regency Building, Suite 100
444 Regency Parkway Drive
Omaha, NE 68114
(402) 393-7400

# STATE OF NEBRASKA

## NEBRASKA EQUAL OPPORTUNITY COMMISSION

**MIKE JOHANNS**
GOVERNOR

**ALFONZA WHITAKER**
DIRECTOR

## BEFORE THE NEBRASKA EQUAL OPPORTUNITY COMMISSION

Brian Deer )
   Complainant, )
)
vs. ) NEB 2-03/04-4-33990-R
) EEOC 32EA400645
Valmont Coating – Valley Galvanizing )
   Respondent. ) **COMMISSION DETERMINATION**
)

**EXHIBIT A**

The Nebraska Equal Opportunity Commission has carefully reviewed all the evidence presented relevant to the above-referenced charge of discrimination.

Pursuant to the Nebraska Fair Employment Practice Act and the Rules and Regulations of the Nebraska Equal Opportunity Commission, the Commission has officially closed this charge because the evidence is insufficient to support the allegations of discrimination. (See Attached) The Commission has no appeal process for cases in which there is insufficient evidence to support the charge. This finding of no reasonable cause is the final determination of the Nebraska Equal Opportunity Commission and completes the Commission's handling of the charge. The deadline for filing an action directly in state district court is 90 days after the receipt of this notice.

Since this charge was also filed under Federal law, you may contact the U.S. Equal Employment Opportunity Commission in Denver, Colorado within fifteen (15) days of your receipt of this notice regarding this case. Requests for a Substantial Weight Review must be made in writing to Ronald Houser, State and Local Coordinator, U.S. Equal Employment Opportunity Commission, Denver District Office, 303 East 17th Avenue, Suite 510, Denver, CO 80203-9634.

Due to the complexity of the law, and other avenues of redress that may exist, you may wish to consult with an attorney.

The Commission wishes to thank you for your cooperation in the processing of this charge.

DEC 0 9 2004
Date

_Alfonza Whitaker_
REPLY TO    For the Commission

BRANCH OFFICES:

☐
State Office Building, 5th Floor
301 Centennial Mall, South
P.O. Box 94934
Lincoln, Nebraska 68509-4934
Telephone: (402) 471-2024
Fax: (402) 471-4059
www.nol.org/home/NEOC

☐
Panhandle State Office Complex
4500 Avenue I
P.O. Box 1500
Scottsbluff, Nebraska 69363-1500
Telephone: (308) 632-1340
Fax: (308) 632-1341

☐
1313 Farnam on-the-Mall
Omaha, Nebraska 68102-1836
Telephone (402) 595-2028
Fax: (402)595-1205

Printed with soy ink on recycled paper

NEB 2-03/04-4-33990-R
Deer v. Valley Coating – Valley Galvanizing
Page 2

## ATTACHMENT

**No Reasonable Cause:** Race/Color (harassment; hostile work environment)

The evidence shows that although some of Complainant's co-workers made racially discriminatory comments, once Complainant informed co-workers that he found the comments offensive, the comments ceased. In addition, Complainant refused to provide Respondent specifics with regard to the incidents when he initially complained of discrimination; however, once Respondent became aware of the specifics, Respondent investigated the incidents and took appropriate action in a timely manner from the time Respondent received the specifics.

**No Reasonable Cause:** Retaliation (termination)

The evidence shows that Complainant was not terminated in retaliation for making complaints of racially discriminatory comments but rather because of his lack of acceptable performance. The evidence shows that from Complainant's initial transferred to a new position, he had difficulty performing in a manner that was acceptable to Respondent. Complainant was made aware of his performance deficiencies, but did not improve his performance. Complainant was given an opportunity to move to another position, but was reluctant to move because he did not want to take a reduction in pay. Complainant's comparator mastered the Shipper A position, but had trouble progressing to the Shipper B position, and eventually posted for and received a lesser paying position.

IN THE DISTRICT COURT, DOUGLAS COUNTY, NEBRASKA

Brian P. Deer

vs.

Valmont Industries, Inc. & Valmont Coating,
A Division of Valmont Industries, Inc.

| | |
|---|---|
| SUMMONS BY CERTIFIED MAIL | DOC. 1047  NO. 645 |

STATE OF NEBRASKA  )
COUNTY OF DOUGLAS  )

This is to notify  Valmont Industries, Inc. & Valmont Coating,
A Division of Valmont Industries, Inc.

Defendant that you have been sued by  Brian P. Deer

Plaintiff in the District Court of said County, and that in order to defend the lawsuit you must file an appropriate written response on or before thirty days after service of Summons and Complaint, in answer to the Complaint said Plaintiff filed against you in the Office of the Clerk of said Court or such Complaint will be taken as true and judgment entered accordingly for the relief demanded in the attached Complaint.

RETURN of this Summons is due within ten days after return of the signed receipt.

WITNESS my signature and the Seal of said Court at Omaha and issued this 9th day of March, 2005.

RUDY J. TESAR, CLERK

BY: _____
     Deputy

ATTORNEY FOR PLAINTIFF:
NAME:     John K. Green
ADDRESS:  PICKENS, DAUBMEN, GREEN & GLEASON, LLP
          444 Regency Parkway Drive, Suite 100
          Omaha, Nebraska 68114
PHONE:    (402) 393-7400