```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BRIAN P. DEER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV146 |
| | ) | |
| v. | ) | |
| | ) | |
| VALMONT INDUSTRIES, INC. & | ) | ORDER |
| VALMONT COATING, A Division | ) | |
| of Valmont Industries Inc., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's counsel has filed a motion to withdraw.

IT THEREFORE HEREBY IS ORDERED,

The Rule 26 telephone planning conference that was set for Monday, August 1, is continued until further order.

DATED this 29th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge