IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN P. DEER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv146 |
| | ) | |
| v. | ) | |
| | ) | |
| VALMONT INDUSTRIES, and VALMONT COATING, | ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 17 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 17 from the record. The party has re-filed the document.

DATED this 1st day of August, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge