```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

BRIAN P. DEER,                      )
                                    )
              Plaintiff,            )         8:05CV146
                                    )
       v.                           )
                                    )
VALMONT INDUSTRIES, INC., and       )         ORDER
VALMONT COATING, a Division         )
of Valmont Industries, Inc.,        )
                                    )
              Defendants.           )

IT IS ORDERED:

1.  Counsel's motion to withdraw, filing 19, is granted, effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of this order.

2.  Plaintiff is given 30 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in his behalf; (2) file a motion in this court for the appointment of counsel, setting forth his present financial status, and the reasons he believes counsel should be appointed; or (3) indicate, by pleading, that he will proceed in this case without counsel.  If none of these actions is taken within the next thirty days, this case will be subject to dismissal.

DATED this 1st day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge